UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN M. FUENTES,<br><br>                              Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br><br>                              Defendant. | Case No.:  15CV412 BEN (MDD)<br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>[Docket Nos. 10, 15, 19] |

Plaintiff Caren M. Fuentes filed this action seeking judicial review of the Social Security Commissioner's denial of her application for disability insurance benefits and supplemental security income.  (Docket No. 1.)  A briefing schedule was issued.  (Docket No. 9.)  Plaintiff filed a Motion for Summary Judgment. (Docket No. 10.)  Defendant filed a Cross-Motion for Summary Judgment and an Opposition to Plaintiff's Motion. (Docket Nos. 15-16.)

On February 8, 2016, Magistrate Judge Mitchell D. Dembin issued a thoughtful and thorough Report and Recommendation recommending this Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Cross-Motion for Summary Judgment.  (Docket No. 19.)  Any objections to the Report and Recommendation were due February 22, 2016.  (*Id.*)  Plaintiff has not filed any objections.  For the reasons that

1

1  follow, the Report and Recommendation is **ADOPTED**.

2      A district judge "may accept, reject, or modify the recommended disposition" of a
3  magistrate judge on a dispositive matter.  Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C.
4  § 636(b)(1).  "[T]he district judge must determine de novo any part of the [report and
5  recommendation] that has been properly objected to."  Fed. R. Civ. P. 72(b)(3).
6  However, "[t]he statute makes it clear that the district judge must review the magistrate
7  judge's findings and recommendations de novo *if objection is made*, but not otherwise."
8  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also*
9  *Wang v. Masaitis,* 416 F.3d 992, 1000 n.13 (9th Cir. 2005).  "Neither the Constitution nor
10 the statute requires a district judge to review, de novo, findings and recommendations
11 that the parties themselves accept as correct."  *Reyna-Tapia*, 328 F.3d at 1121.

12     The Court has considered and agrees with the Report and Recommendation.  The
13 Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion for Summary
14 Judgment is **DENIED** and Defendant's Cross-Motion for Summary Judgment is
15 **GRANTED**.  The Clerk shall close the file.

17     **IT IS SO ORDERED.**

19 Dated:  February 23, 2016

                                            Hon. Roger T. Benitez
                                            United States District Judge